UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

HERB PHILLIPSON'S ARMY AND NAVY STORES, INC.     Case No. 18-61376
                                                 Chapter 11

                       Debtor.
---------------------------------------------------------X

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Herb Phillipson's Army and Navy Stores Inc.:

1. Jerry's Sports Center
   PO Box 128
   Chapin, SC 29036
   Attention: Jay Montgomery
   Phone: (800) 345-9367 - x 2202

2. Columbia Sportswear Brands USA, LLC
   14375 NW Science Park Drive
   Portland, OR 97229
   Attention: Kim Keierleber
   Phone: (503) 985-4542

3. Townsquare Media
   9418 River Road
   Marcy, NY 13403
   Attention: Karen Carey
   Phone: (315) 768-9500

4. Carhartt, Inc.
   5750 Mercury Drive
   Dearborn, MI 48126
   Attention: Katie Clow
   Phone: (313) 749-6723

5. VF Outdoor, LLC
   N 850 County Hwy CB
   Appleton, WI 54914
   Attention: Darin Newton
   Phone: (920) 735-6849

Dated: Utica, New York
       October 19, 2018

                                              Respectfully Submitted,

                                              WILLIAM K. HARRINGTON
                                              UNITED STATES TRUSTEE FOR REGION 2

                                 By:      */s/ Guy A. Van Baalen*
                                              Guy A. Van Baalen
                                              Assistant United States Trustee
                                              10 Broad Street
                                              Utica, New York 13501
                                              Tel. No.: (315) 793-8191
                                              Fax No.: (315) 793-8133